UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAYLAN AMIR THOMAS ,

Defendant.

CASE NO. CR23-056-RSM

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to commit wire fraud and wire fraud. The indictment alleges the conspiracy stated at an unknown time but no later than March 2022 and continued through at least January 2023. Defendant was arrested in the Central District of California and made an appearance in May 2023. A detention hearing was conducted in that district and Defendant was ordered detained on the grounds that he posed a risk of non-appearance due to multiple past failures to appears, active warrants for his arrest and non-compliance with state probation conditions. He was also detained as a danger to the community based upon his criminal history and non-compliance with active probation conditions. The

DETENTION ORDER - 1

pretrial report indicates Defendant violated Arizona State probation by going to the State of

Texas without permission and being charged with possessing controlled substances and engaging

in organized criminal activity. Defendant has three active warrants for his arrest issued out of the

states of New Mexico, California, and Arizona. The current allegations occurred while

Defendant was on active state probation supervision.  During the time period in which the

current offense allegedly occurred, Defendant had numerous contacts with law enforcement

regarding criminal conduct and was convicted in Arizona for narcotic drug possession or use.

Considering the nature of the current offenses, Defendants history, his lack of time to this

district, criminal conduct that spans many different states, his poor performance on active state

supervision and warrants for his arrest, the Court concludes Defendant should be detained as

both a flight risk and danger to the community.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correctional facility separate, to the extent practicable,

from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)     On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the correctional facility in which Defendant is confined

shall deliver the defendant to a United States Marshal for the purpose of an appearance in

connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States

Marshal, and to the United States Probation and Pretrial Services Officer.

DETENTION ORDER - 2

1    DATED this 21st day of June, 2023.

2

3                 _____

                  BRIAN A. TSUCHIDA

4                 United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 3